**In the United States Bankruptcy Court**
**Western District of Michigan**

| | |
|---|---|
| In Re:<br>Anderson, Jerry And Debra<br>1550 S Onondaga Road<br>Mason  Mi  48854 | Chapter 13<br>Case No. GL-14-06904 |

**Trustee's Notice of Intent to Pay Claims**

    Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for this case was February 18, 2015.  The claims received and the court's claim register have been examined.  The Trustee finds that the following claims were filed timely.  The claim amount is in the "Amount" column.

    This is a $86,628.00 plan, all creditors classified as an "unsecured" creditor could receive a dividend less than 100%.  Changes inherent in a base plan could cause this percentage to fluctuate.  Please refer to the plan for an estimated dividend.

**Filed Claims**

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Dietrich Law Firm<br>3815 W Saint Joseph St Ste B400<br>Lansing,Mi 48917-5605 | $1,749.00 | ATTORNEY FEE<br>Acct No: XXXXXXXXXXXX |
| Us Bankruptcy Court Clerk<br>Filing Fee<br>1 Division Ave Nw Room 200<br>Grand Rapids,Mi 49503 | $310.00 | FILING FEE<br>Acct No: XXXXXXXXXXXX |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,Pa 19101-7317 | $1,245.70 | PRIORITY CREDITOR<br>Acct No: XXXXXXXXXXXX7617 |
| State Of Michigan-Cd<br>Dept Of Treasury/Revenue/Ag<br>Po Box 30455<br>Lansing,Mi 48909-7955 | $6,986.78 | PRIORITY CREDITOR<br>Acct No: XXXXXXXXXXXX7617 |
| Caliber Home Loans Inc<br>Po Box 24330<br>Oklahoma City,Ok 73124 | $8,384.77 | HOME MORTGAGE ARR.<br>Acct No: XXXXXXXXXXXX9803 |

| Creditor | Amount | Classification |
|---|---|---|
| Caliber Home Loans Inc<br>Po Box 24330<br>Oklahoma City,Ok 73124 | $825.00 | SECURED CREDITOR<br>Acct No: XXXXXXXXXXX9803 |
| Consumers Energy<br>One Energy Plaza<br>Jackson,Mi 49201 | $1,933.49 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX2227 |
| Sparrow Health System<br>% Lansing Prof Business Bur<br>Po Box 290<br>Saint Johns,Mi 48879-0290 | $188.01 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX2749 |
| Sparrow Health System<br>% Lansing Prof Business Bur<br>Po Box 290<br>Saint Johns,Mi 48879-0290 | $443.42 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX6965 |
| Waste Management-Rmc<br>2625 W Grandview Rd Ste 150<br>Phoenix,Az 85023 | $93.23 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX4645 |
| Midland Credit Management Inc<br>As Agent For Asset Acceptance Llc<br>Po Box 2036<br>Warren,Mi 48090 | $7,616.64 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX2284 |
| Michigan Bell Telephone Company<br>% At&T Services Inc<br>One At&T Way Room 3A104<br>Bedminster,Nj 07921 | $186.66 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX6685 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,Pa 19101-7317 | $4,477.71 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX7617 |
| State Of Michigan-Cd<br>Dept Of Treasury/Revenue/Ag<br>Po Box 30455<br>Lansing,Mi 48909-7955 | $4,480.04 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX7617 |

### Creditors that will be maintained during the plan and paid beyond the plan

| Name and Address of Creditor | Monthly Payments by Trustee | Classification |
|---|---|---|
| Caliber Home Loans Inc<br>Po Box 24330<br>Oklahoma City,Ok 73124 | $987.84 | MORTGAGE REGULAR PAYMENT<br>Acct No:   XXXXXXXXXXX9803 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

The debtor is hereby notified to immediately file an objection to any creditor listed, that debtor objects to being paid by the Trustee.  If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13

Plan.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors.  The Trustee will make no payments to these creditors.

**Creditor with No Claim on Record**

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Allied Interstate Inc<br>3000 Corporate Exchange Dr Fl 5<br>Columbus,Oh 43231-7723 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX8927 |
| | | Scheduled Amount    $720.30 |
| Allied Interstate Inc<br>3000 Corporate Exchange Dr Fl 5<br>Columbus,Oh 43231-7723 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX2896 |
| | | Scheduled Amount    $446.75 |
| Asset Acceptance<br>Attn: Bankrupcy Dept<br>Po Box 2036<br>Warren Mi 48090<br>, 48090 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX8542<br><br>Scheduled Amount    $7,610.00 |
| Capital Accounts<br>Po Box 140065<br>Nashville Tn 37214<br>, 37214 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX6474<br><br>Scheduled Amount    $280.00 |
| Capital Management Services<br>698 1/2 South Ogden St.<br>Buffalo,Ny 14206-2317 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX8761<br><br>Scheduled Amount    $2,961.37 |
| Credit Collection Services<br>Two Wells Avenue<br>Newton Center Ma 02459<br>, 02459 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX5703<br><br>Scheduled Amount    $236.35 |
| Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville,Fl 32256 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX2668<br><br>Scheduled Amount    $186.66 |
| Green Tree<br>Po Box 6172<br>Rapid City Sd 57709<br>, 57709 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX2477<br><br>Scheduled Amount    $8,242.00 |
| Lake Lansing Family Practice<br>1568 Lake Lansing Rd<br>Lansing,Mi 48912 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX5633<br><br>Scheduled Amount    $175.15 |

| | | |
|---|---|---|
| Midland Funding Llc<br>% American Infosource Lp<br>Po Box 268941<br>Oklahoma City,Ok 73126-8941 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $2,004.43 |
| Sparrow Regional Laboratories<br>Po Box 441575<br>Detroit,Mi 48244 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX3509<br><br>**Scheduled Amount**   $32.19 |
| Sparrow Thoracic Cardiovascular Institute<br>3500 S Cedar Ste 116<br>Lansing,Mi 48910 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX4229<br><br>**Scheduled Amount**   $169.38 |
| Unemployment Insurance Agency<br>Benefit Overpayment Collection<br>P.O. Box 9045<br>Detroit Mi 48202-9045<br>, 48202-9045 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX7617<br><br>**Scheduled Amount**   $0.00 |
| Western District Of Michigan<br>One Division Ave., N.<br>Room 200<br>Grand Rapids,Mi 49503 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |

    Tax creditors have until 04/27/2015 to file a timely filed claim.  If we receive a tax claim you will receive a notice.

The Standing Chapter 13 Trustee reports that timely filed allowed claims will be included in distribution of dividends under debtor's plan.

Dated: 5/27/15                                                                       /s/ Barbara P. Foley

CC:
Anderson, Jerry And Debra
1550 S Onondaga Road
Mason  Mi  48854


DIETRICH LAW FIRM
3815 W SAINT JOSEPH ST STE B400
LANSING,  MI  48917-5605


PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtors and to the Bankruptcy Court Clerk and Debtors'  Attorney via ECF notice on 5/27/2015 by Myia Worthy.